# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harvey Weisman | **CASE NUMBER** |
| | CV 14-08982 JAK(FFMx) |
| v.                                        PLAINTIFF(S) | |
| Christopher R Anzalone et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

| DEC. 12, 2014 | Consuelo B. Marshall |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| | |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    CV 14-07890 CBM(ASx)    and the present case:

☐ A.    Arise from the same or closely related transactions, happenings or events; or

☑ B.    Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Mumm_____ to Magistrate Judge _____Sagar_____ .

On all documents subsequently filed in this case, please substitute the initials _____CBM(ASx)_____ after the case number in place of the initials of the prior judge, so that the case number will read _____CV 14-08982 CBM(ASx)_____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*