UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY WEISMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER R. ANZALONE, DOUGLASS GIVEN, EDWARD W. FRYKMAN, MAURO FERRARI, CHARLES P. MCKENNEY, AND MICHAEL S. PERRY,<br><br>    Defendant.<br><br>and,<br><br>ARROWHEAD RESEARCH CORPORATION,<br><br>    Nominal Defendant. | Case No. 2:14-cv-08982-CBM-ASx<br><br>ORDER OF DISMISSAL<br>[JS-6] |

Pursuant to the Stipulation of Voluntary Dismiss Without Prejudice, which has been submitted by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The above-captioned action shall be dismissed without prejudice; and
2. Plaintiff and Defendants will bear their own fees and costs.

Dated: October 24, 2016

_____
Hon. Consuelo B. Marshall

– 1 –
ORDER OF DISMISSAL